UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                       Bankr. Case No. 19-10801-TPA

Jerry E Stover and Diane B Stoyer                             Chapter 13

      Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing Ltd. d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096

By /s/ Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 19-10801-TPA

Jerry E Stover and Diane B Stoyer  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 6, 2020 :

Daniel P. Foster  
PO Box 966  
Meadville, PA 16335

Ronda Winnecour  
600 Grant Street  
Suite 3250 USX Tower  
Pittsburgh, PA 15219

By /s/ Lorenzo Nunez  
    Lorenzo Nunez

xxxxx89219 / 997505