**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (Erie)**

IN RE:  Case No: 19-10801
Loan Number (Last 4): 7844

Debtors: Jerry E. Stoyer

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 Serviced by Select Portfolio Servicing, Inc. | Community Loan Servicing, LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

| | |
|---|---|
| Court Claim # (if known): | 5 |
| Amount of Claim: | $72,889.65 |
| Date Claim Filed: | 09/26/2019 |
| Last Four Digits of Acct #: | 8955 |

Phone: 1-800-258-8602
Last Four Digits of Acct #: 7844

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 7844

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John Shelley                  Date: 11/26/2021
InfoEx, LLC, as authorized filing agent
(Approved by: Sachinraj Kollangana)

Specific Contact Information:
Sachinraj Kollangana - BK Specialist II
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.