# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−1 | User: culy | Date Created: 11/29/2021 |
| Case: 19−10801−TPA | Form ID: trc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

15300951    Community Loan Servicing, LLC        4425 Ponce De Leon Blvd., 5th Floor        Coral Gable, FL 33146

TOTAL: 1