Fill in this information to identify the case:

Debtor 1     Diane Bresnan-Stoyer

Debtor 2     Jerry E. Stoyer

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   19-10801 TPA

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** COMMUNITY LOAN SERVICING, LLC          **Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 8955

**Date of payment change:**
Must be at least 21 days after date of this notice          02/01/2021

**New total payment:**          **$1,189.59**
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $431.05          **New escrow payment:** $ 424.00

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%          **New interest rate:** _____%

   **Current principal and interest payment:** $_____          **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____          **New mortgage payment:** $ _____

| Debtor(s) | Diane Bresnan-Stoyer, and Jerry E. Stoyer | Case number (*if known*) 19-10801 TPA |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ **Brian C. Nicholas, Esquire**     Date  01/05/2021
Signature

Print:    Brian C. Nicholas, Esquire         Title  Attorney for Creditor
          First Name    Middle Name    Last Name

Company:  KML Law Group, P.C.

Address:  701         Market Street, Suite 5000
          Number      Street
          Philadelphia,                PA    19106
          City                         State  ZIP Code

Contact phone  (215) 627–1322        Email  bnicholas@kmllawgroup.com

Official Form 410S1        **Notice of Mortgage Payment Change**        page **2**
                                                                        247