# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Diane Bresnan-Stoyer**<br>      **Jerry E. Stoyer**<br>                              **Debtor(s)**<br><br>**COMMUNITY LOAN SERVICING, LLC**<br>                              **Movant**<br>      vs.<br><br>**Diane Bresnan-Stoyer**<br>**Jerry E. Stoyer**<br>                              **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>**Trustee** | **BK NO. 19-10801 TPA**<br><br>**Chapter 13**<br><br>**Related to Claim No. 5** |

## CERTIFICATE OF SERVICE OF
## Notice of Mortgage Payment Change

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 8, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Diane Bresnan-Stoyer
19 Windsor Drive
Greenville, PA 16125

Jerry E. Stoyer
19 Windsor Drive
Greenville, PA 16125

<u>Attorney for Debtor(s)</u>
Daniel P. Foster, Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>January 8, 2021</u>

                              **/s/ Brian C. Nicholas Esquire**
                              Brian C. Nicholas Esquire
                              Attorney I.D. No. 317240
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              201-549-5366
                              bnicholas@kmllawgroup.com